IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-51088
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICIA ANN SHAW,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-88-CR-10-2
W-97-CA-122
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Patricia Ann Shaw, federal prisoner # 40010-080, has filed a motion for leave to proceed in forma pauperis ("IFP") in the appeal of the district court's order denying her motion to correct her sentence under Fed. R. Civ. P. 60(b)(6) as an attempt to circumvent the requirements for successive motions under 28 U.S.C. § 2255. Shaw cannot show that the district court erred. See United States v. Rich, 141 F.3d 550, 551 (5th Cir. 1998). Because Shaw's appeal does not present a nonfrivolous issue, her

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion to proceed IFP is DENIED and her appeal is DISMISSED as frivolous pursuant to 5th Cir. R. 42.2.  See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983).

MOTION DENIED; APPEAL DISMISSED.